# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROTOUCH, L.L.C., a Washington limited liability company, and 30/10 WEIGHT LOSS, LLC, a Washington limited liability company, individually and d/b/a 30/10 WEIGHT LOSS FOR LIFE,<br><br>Plaintiffs,<br><br>v.<br><br>PAIGE DOYLE, an individual; AWAKEN 180 INC., a Massachusetts corporation; NEWTON WEIGHTLOSS, LLC, a Massachusetts limited liability company f/k/a 30/10 FOR LIFE, LLC and d/b/a 30/10 WEIGHT LOSS FOR LIFE and AWAKEN 180° WEIGHT LOSS; PEABODY WEIGHTLOSS LLC, a Massachusetts limited liability company d/b/a 30/10 WEIGHT LOSS FOR LIFE and AWAKEN 180° WEIGHT LOSS; and QUINCY WEIGHTLOSS, LLC, a Massachusetts limited liability company f/k/a AWAKEN 180 QUINCY LLC and d/b/a AWAKEN 180° WEIGHT LOSS,<br><br>Defendants. | NO: C17-996 RSM<br><br>**ORDER EXTENDING DEADLINES FOR RULE 26 CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT AND DISCOVERY PLAN** |

//
//
//
//

ORDER EXTENDING DEADLINES FOR RULE 26
CONFERENCE, INITIAL DISCLOSURES, AND JOINT
STATUS REPORT AND DISCOVERY PLAN – NO. 2:17-CV-
00996-RSM - 1

This matter comes before the Court on Plaintiff Microtouch, L.L.C.'s and Plaintiff 30/10 Weight Loss, LLC's ("Plaintiffs") Motion to Extend the Deadlines for the Rule 26 Conference, Initial Disclosures, and Joint Status Report and Discovery Plan ("Motion"). No Defendant has appeared in this case. The Court has considered Plaintiffs' arguments and submissions and is fully advised. Because Plaintiffs have shown good cause for extension of the present deadlines the Court

**ORDERS** that the Motion is **GRANTED**, and sets the following dates for the Rule 26 Conference, Initial Disclosures, and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | September 15, 2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | September 22, 2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | September 29, 2017 |

DATED this 3rd day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DEADLINES FOR RULE 26 CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT AND DISCOVERY PLAN – NO. 2:17-CV-00996-RSM - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Presented by: |
| 2 | TOUSLEY BRAIN STEPHENS PLLC |
| 3 | /s/ Kim D. Stephens |
|   | /s/ Janissa A. Strabuk |
| 4 | /s/ Noelle L. Chung |
|   | Kim D. Stephens, WSBA #11984 |
| 5 | Janissa A. Strabuk, WSBA #21827 |
| 6 | Noelle L. Chung, WSBA #51377 |
|   | kstephens@tousley.com |
| 7 | jstrabuk@tousley.com |
|   | nchung@tousley.com |
| 8 | 1700 Seventh Avenue, Suite 2200 |
|   | Seattle, Washington 98101 |
| 9 | Telephone: (206) 682-5600 |
|   | Fax: (206) 682-2992 |
| 10 | ***Attorneys for Plaintiffs*** |
| 11 | |
|    | FOSTER PEPPER PLLC |
| 12 | Bradley P. Thoreson, WSBA #18190 |
|    | brad.thoreson@foster.com |
| 13 | 1111 Third Avenue, Suite 3000 |
| 14 | Seattle, Washington 98101-3292 |
|    | Telephone: (206) 447-4400 |
| 15 | Fax: (206) 447-9700 |
|    | ***Attorneys for Plaintiffs*** |

**5983/008/479049.1**

ORDER EXTENDING DEADLINES FOR RULE 26 CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT AND DISCOVERY PLAN – NO. 2:17-CV-00996-RSM - 3