1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROTOUCH, L.L.C., et al., | CASE NO. C17-996 MJP |
| Plaintiffs, | ORDER ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| v. | |
| PAIGE DOYLE, et al., | |
| Defendants. | |

The above-entitled Court has received and reviewed Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint (Dkt. No. 49), the attached declaration and Plaintiffs' Reply in support of their motion. (Dkt. No. 51.) The Court notes that no objection has been filed to Plaintiffs' motion and rules as follows:

IT IS ORDERED that Plaintiffs' motion is GRANTED and Plaintiffs are directed to file the First Amended and Supplemental Complaint in the form attached to their motion, which shall relate back to the original filing of this action.

The clerk is ordered to provide copies of this order to all counsel.

Dated: January 24, 2018.

Marsha J. Pechman
United States District Judge