The Honorable MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROTOUCH, L.L.C. and 30/10 WEIGHT LOSS, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>PAIGE DOYLE, AWAKEN 180 INC., NEWTON WEIGHTLOSS, LLC, PEABODY WEIGHTLOSS, LLC, QUINCY WEIGHTLOSS, LLC AND SEEKONK WEIGHTLOSS, LLC,<br><br>    Defendants. | **ORDER EXTENDING TIME TO FILE REPLY ON LCR 37(a) MOTION TO COMPEL**<br><br>CASE NO. 2:17-cv-00996-MJP |
| PAIGE DOYLE, AWAKEN 180 INC., NEWTON WEIGHTLOSS, LLC, PEABODY WEIGHTLOSS, LLC AND QUINCY WEIGHTLOSS, LLC, AND SEEKONK WEIGHTLOSS, LLC,<br>    Counterclaimants/Third Party Plaintiffs<br>    vs.<br>MICROTOUCH, L.L.C. and 30/10 WEIGHT LOSS, LLC,<br>    Counterclaim Defendants<br>and<br>DR. ROCCO NELSON, an individual; and DR. LINDA DEGROOT (and their marital community); and one or more JOHN DOES, currently not known to Third Party Plaintiffs,<br>    Third Party Defendants | |

BUNDY DECLARATION- 1

The Court, having considered Defendants' Motion to extend time to file Reply on LCR 37(a) motion to compel, the Motion is Hereby Granted. The deadline for filing the reply shall be February 15, 2018.

SO ORDERED.

DONE this __14th___ day of ____February___, 2018.

_____
Marsha J. Pechman
United States District Judge

Presented by:

Bundy Law Firm PLLC
By:

_____/s/ Howard E. Bundy_____
Howard E Bundy WSBA 11762
5400 Carillon Point
Kirkland, WA 98033
425-822-4888
206-801-3480 (Fax)
bundy@bundylawfirm.com

BUNDY DECLARATION- 2