| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| MICROTOUCH, L.L.C., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>PAIGE DOYLE, et al.,<br><br>      Defendants. | CASE NO. C17-996 MJP<br><br>ORDER ON MOTION TO COMPEL |

The Court has read and reviewed the parties' unified LCR 37 pleading regarding Defendants' Motion to Compel Production. (Dkt. No. 59.) It appears to the Court that the parties have failed to satisfy the meet and confer requirement, and the Court does not intend to proceed further until they have done so. Therefore,

IT IS ORDERED that, within seven (7) days of this order, the parties will meet and confer regarding this discovery dispute.

IT IS FURTHER ORDERED that the parties are to notify the Court by telephone when that meet and confer has taken place; the Court will then set a telephone conference with all parties to address any issues still remaining in the discovery dispute.

The clerk is ordered to provide copies of this order to all counsel.

Dated: February 20, 2018.

Marsha J. Pechman
United States District Judge