| | |
|---|---|
| | HON. MARSHA J. PECHMAN |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROTOUCH, L.L.C. and 30/10 WEIGHT LOSS, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>PAIGE DOYLE, AWAKEN 180 INC., NEWTON WEIGHTLOSS, LLC, PEABODY WEIGHTLOSS, LLC, QUINCY WEIGHTLOSS, LLC, and SEEKONK WEIGHTLOSS, LLC,<br><br>    Defendants.<br><br>PAIGE DOYLE, AWAKEN 180 INC., NEWTON WEIGHTLOSS, LLC, PEABODY WEIGHTLOSS, LLC, QUINCY WEIGHTLOSS, LLC, and SEEKONK WEIGHTLOSS, LLC,<br><br>    Counterclaimants/Third Party Plaintiffs,<br><br>vs.<br><br>MICROTOUCH, L.L.C. and 30/10 WEIGHT LOSS, LLC,<br><br>    Counterclaim Defendants,<br><br>and<br><br>DR. ROCCO NELSON, an individual; and DR. LINDA DEGROOT (and their marital community); and one or more JOHN DOES, currently not known to Third Party Plaintiffs,<br><br>    Third Party Defendants. | CASE NO. 2:17-cv-00996-MJP<br><br>**JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND NOTING DATE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR:<br>July 16, 2018 |

JOINT STIPULATED MOTION AND ORDER TO EXTEND NOTING
DATE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT (2:17-cv-00996-MJP) - 1

For good cause detailed below, the Parties jointly move the Court to extend the noting date for Defendants' Motion for Partial Summary Judgment in this matter by one (1) week—from July 20, 2018 to July 27, 2018. The Parties have been diligently working towards settlement of this matter, and have reached a preliminary settlement agreement. Accordingly, the Parties request a brief extension on the Defendants' pending motion to allow the Parties to finalize the terms of their preliminary settlement agreement. All Parties are in agreement and do not oppose the extension of the noting date for this purpose. Accordingly, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties submit this stipulation:

## I. PERTINENT FACTS

On June 27, 2018, Defendants filed a Motion for Partial Summary Judgment (ECF #87), which is presently pending before this Court. The current noting date for this Motion is July 20, 2018. The Parties are working to finalize the terms of a preliminary settlement agreement, and have agreed to extend the noting date, and all associated opposition and reply briefing deadlines, by one (1) week to enable the Parties to finalize the details of their settlement.

## II. ARGUMENT

Good cause exists for extending the noting date at issue. The Parties are close to finalizing their settlement resolving this pending litigation, and a brief one-week extension of the noting date will allow the Parties to finalize this settlement agreement without expending unnecessary additional resources on briefing associated with Defendants' motion.

## III. CONCLUSION

For all of the foregoing reasons, this Court should grant this Stipulation and extend the noting date for Defendants' Motion for Partial Summary Judgement (ECF #87) to July 27, 2018, and extend the briefing schedule as follows:

//

//

//

| Event | Current Deadline | Requested Extended Deadline |
|---|---|---|
| Deadline to file Opposition to Defendants' Motion for Partial Summary Judgment | July 16, 2018 | **July 23, 2018** |
| Deadline to file Reply in Support of Defendants' Motion for Partial Summary Judgment | July 20, 2018 | **July 27, 2018** |
| Noting Date for Defendants' Motion for Partial Summary Judgment | July 20, 2018 | **July 27, 2018** |

All other deadlines will remain unchanged. IT IS SO STIPULATED.

DATED this 17th day of July, 2018.

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens*
　　*s/ Janissa A. Strabuk*
　　*s/ Cecily C. Shiel*
　　Kim D. Stephens, WSBA #11984
　　Janissa A. Strabuk, WSBA #21827
　　Cecily C. Shiel, WSBA #50061
　　kstephens@tousley.com
　　jstrabuk@tousley.com
　　cshiel@tousley.com
　　1700 Seventh Avenue, Suite 2200
　　Seattle, Washington 98101
　　Telephone: (206) 682-5600
　　Fax: (206) 682-2992

BUCHALTER LAW FIRM

By: *s/ Bradley P. Thoreson*
　　Bradley P. Thoreson, WSBA #18190
　　bthoreson@buchalter.com
　　Buchalter Law Firm
　　1301 5th Ave #3100
　　Seattle, WA 98101
　　Telephone: (206)319-7052

| | |
|---|---|
| 1 | *Attorneys for Plaintiffs/Counterclaim-Defendants Microtouch, L.L.C. and 30/10 Weight Loss, LLC and Third-Party Defendants* |
| 2 | |
| 3 | |
| 4 | BUNDY LAW FIRM PLLC |
| 5 | By: *s/ Howard E Bundy* |
| | Howard E. Bundy, WSBA 11762 |
| 6 | Caroline Fichter, WSBA 42554 |
| | 5400 Carillon Point |
| 7 | Kirkland, WA 98033 |
| | TEL: 425-822-7888 |
| 8 | FAX: 206-801-3480 |
| | bundy@bundylawfirm.com |
| 9 | |
| 10 | Eric H. Karp, BBO #260280 |
| | Admitted Pro Hac Vice |
| 11 | Witmer, Karp, Warner & Ryan LLP |
| | 22 Batterymarch Street |
| 12 | Boston, MA 02109 |
| | TEL: 617-423-7250 |
| 13 | FAX: 617-423-7251 |
| | ekarp@wkwrlaw.com |
| 14 | |
| 15 | *Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs* |

JOINT STIPULATED MOTION AND ORDER TO EXTEND NOTING
DATE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT (2:17-cv-00996-MJP) - 4

Based on the foregoing Stipulation, and good cause appearing, therefore,

IT IS SO ORDERED.

DONE IN OPEN COURT this __17th____ day of July, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens*
*s/ Janissa A. Strabuk*
*s/ Cecily C. Shiel*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
Cecily C. Shiel, WSBA #50061
kstephens@tousley.com
jstrabuk@tousley.com
cshiel@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Fax: (206) 682-2992

BUCHALTER LAW FIRM

By: *s/ Bradley P. Thoreson*
Bradley P. Thoreson, WSBA #18190
bthoreson@buchalter.com
Buchalter Law Firm
1301 5th Ave #3100
Seattle, WA 98101
Telephone: (206)319-7052

*Attorneys for Plaintiffs/
Counterclaim-Defendants Microtouch,
L.L.C. and
30/10 Weight Loss, LLC*

BUNDY LAW FIRM PLLC

By: s/ Howard E Bundy
Howard E. Bundy, WSBA 11762
Caroline Fichter, WSBA 42554
5400 Carillon Point
Kirkland, WA 98033
TEL: 425-822-7888
FAX: 206-801-3480
bundy@bundylawfirm.com

Eric H. Karp, BBO #260280
Admitted Pro Hac Vice
Witmer, Karp, Warner & Ryan LLP
22 Batterymarch Street
Boston, MA 02109
TEL: 617-423-7250
FAX: 617-423-7251
ekarp@wkwrlaw.com

*Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs*

JOINT STIPULATED MOTION AND ORDER TO EXTEND NOTING
DATE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT (2:17-cv-00996-MJP) - 6

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 17th day of July, 2018.

<em>s/ Janissa A. Strabuk</em><br>Janissa A. Strabuk, WSBA #21827